```
1   David N. Kuhn - State Bar No. 73389
    Attorney-at-Law
2   144 Hagar Avenue
    Piedmont, CA 94611
3   Telephone:(510)653-4983
    E-mail: dnkuhn@pacbell.net
4   Attorney for plaintiff Gregory Bender
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDER, | ) Case No. C 09-01244 MHP |
| | ) |
| Plaintiff, | ) PROOF OF SERVICE OF SUMMONS, |
| vs. | ) COMPLAINT FOR PATENT |
| | ) INFRINGEMENT; AND DEMAND FOR |
| STMICROELECTRONICS CORPORATION, | ) JURY TRIAL; AND OTHER DOCUMENTS |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

The undersigned, Garrett Lenox, hereby states that I am a citizen of the United States of America, over 18 years old, not a party to this action, with a business or residential address in San Jose, California, and that on July 13, 2009, I served a copy of each of the following documents by causing them to be placed in the U. S. Postal Service System, Certified Mail, Article Number 7009 0080 0002 0525 5522, postage prepaid, with Return Receipt Requested, addressed as follows (the date of delivery as set forth on the Return Receipt is July 17, 2009, signed for by Debbie Ramos), such service being effective on July 23, 2009,  as

Page 1

1  provided under California law (Code of Civil Procedure Section
2  415.40).
3  Documents–
4  Summons;
5  Amended Complaint for Patent Infringement; and Demand for Jury Trial;
6  Notice of Assignment of Case to a United States Magistrate Judge; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;
7  Order Setting Initial Case Management Conference and ADR Deadlines;
8  Standing Order Re: Initial Case Management;
9  Standing Order Regarding Case Management in Civil Cases; Standing Order for All Judges of the Northern District of California– Contents of Joint Case Management Statement; and
10 ECF Registration Information Handout.

12 Address–

13 STMicroelectronics, Inc.
   Attn: General Legal Counsel
14 1310 Electronics Dr.
   Mail Station 2346
15 Carrollton, TX 75006

16 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

18 Executed on August 27, 2009              _____/S/_____
   SAN JOSE, CALIFORNIA                           Garrett Lenox

23 I, David N. Kuhn, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed "
24 signature (/S/) within this efiled document.